UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CARLOS JEROME TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:23-cv-1683-MHH-GMB |
| WARDEN CRABTREE, *et al.*, | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

On September 23, 2024, the Magistrate Judge entered a report in which he recommended dismissal of this action without prejudice under 28 U.S.C. § 1915A(b). (Doc. 9). The Magistrate Judge advised Mr. Turner of his right to file written objections within 14 days. (Doc. 9). To date, the Court has not received objections.

After consideration of the record in this case and the Magistrate Judge's report, the Court adopts the report and accepts the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), by separate order, the Court will dismiss this action without prejudice because Mr. Turner has asserted a claim for which the Court cannot provide relief.

**DONE** and **ORDERED** this October 15, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE